# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

SUPPRESSED

22-8057-WM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>CURTIS HOWARD, JR.,<br>*Defendant(s)* | Case Number: 21-30187-NJR<br><br>FILED BY _____ D.C.<br>FEB 23 2022<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Curtis Howard, Jr.,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1, Distribution of Cocaine in violation of 21:841(a)(1) and 841(b)(1)(C)

Date: December 15, 2021

*Issuing officer's signature* — Deputy Clerk

City and state: East St. Louis, Illinois

Margaret M. Robertie, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)

2225-1216-0554-Z

**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
                                             ) CRIMINAL NO. 21-30187-NJR
    Plaintiff.                         )
                                             ) Title 21,
vs.                                          ) United States Code,
                                             ) Sections 841(a)(1) and (b)(1)(C)
CURTIS HOWARD. JR.           )
                                             )
    Defendant.                      )

**FILED**
**DEC 1 4 2021**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**DISTRIBUTION OF COCAINE**

On or about April 14, 2020 in St. Clair County. Illinois. within the Southern District of Illinois.

**CURTIS HOWARD, JR,**

defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a controlled substance. in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL

[signature redacted]

FOREPERSON

_Laura Reppert_
LAURA REPPERT
Assistant United States Attorney

_Steven Weinhoeft_
Digitally signed by
STEVEN WEINHOEFT
Date: 2021.12.13
00:59:25 -06'00'

STEVEN D. WEINHOEFT
United States Attorney